IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JACQUELINE D. JONES,<br>    Plaintiff,<br>vs.<br>MICHAEL J. ASTURE,<br>Commissioner of Social<br>Security Administration,<br>    Defendant. | No. CIV 08-430-TUC-CKJ<br><br>**ORDER** |

On July 17, 2009, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [Doc. # 26] in which she recommended that the relief requested by Plaintiff in her opening brief be denied. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 26] is ADOPTED;

2. Plaintiff's Motion for Summary Judgment [Doc. # 17] is DENIED;

3. The final decision of the Commissioner is AFFIRMED, and;

4. The Clerk of the Court shall enter judgment in this case in favor of Defendant and against Plaintiff and shall then close its file in this matter.

DATED this 10th day of August, 2009.

Cindy K. Jorgenson
United States District Judge